IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RONALD E. PECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-0073-RJL |
| | ) | |
| SELEX SYSTEMS INTEGRATION, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SELEX SISTEMI INTEGRATI, INC. | ) | |
| KEY EMPLOYEE DEFERRED | ) | |
| COMPENSATION PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO SCHEDULE PRETRIAL CONFERENCE**

Plaintiff, Ronald E. Peck, hereby moves, pursuant to F. R. Civ. P. 16, to schedule a pretrial conference.  In support of the motion, plaintiff states:

1.  Discovery closed on September 27, 2013.  Plaintiff's First Amended Complaint alleges three claims.  Count I alleges a $151,548.58 severance pay claim based on a written severance plan.  Count II alleges an ERISA "top hat" plan benefit claim in the amount of $57,020.38.  Count III alleges a written contract claim in the amount of $25,195.00.  (ECF No. 34)

2.  On January 28, 2014, the Court entered an order denying the motion of defendant SELEX Systems Integration, Inc. ("SELEX") for summary judgment on Counts I and III.  On March 24, 2016, the Court entered an order denying the motion of plaintiff for summary judgment on all counts of the First Amended Complaint and granted defendants' motion for summary judgment on Count II. (ECF No. 53)

1

3.  On July 17, 2014, the Court entered an order referring this case for mediation before Magistrate Judge John M. Facciola for sixty (60) days.   Mediation was unsuccessful.

4.  On November 20, 2014, the parties waived their rights to a jury trial.  (ECF No. 39)

5.  Plaintiff anticipates a bench trial will take, at most, two trial days.  Plaintiff's case should consume less than one day of trial time.  It consists of plaintiff's testimony, designated excerpts of deposition testimony, and exhibits.

6.  Prior to filing this motion, the undersigned conferred with defendants' counsel concerning this motion.  Defendant anticipates the entire case should take no longer than three days to try.

July 22, 2016

Respectfully submitted,

/s/Stephen  J. Feinberg___
Stephen J. Feinberg (D.C. Bar No. 984557)
William R. Wilder (DC Bar No. 450083)
Baptiste & Wilder, P.C.
1150 Connecticut Ave., N.W., Suite 315
Washington, DC 20036
(202) 223-0723
(202) 223-9677
sfeinberg@bapwild.com
wwilder@bapwild.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that, on July 22, 2016, **PLAINTIFF'S MOTION TO SCHEDULE PRETRIAL CONFERENCE** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

/s/Stephen Feinberg
Stephen Feinberg