UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD E. PECK,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SELEX SYSTEMS INTEGRATION, INC. and SELEX SISTEMI INTEGRATI, INC. KEY EMPLOYEE DEFERRED COMPENSATION PLAN,** <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Case No. 13-0073 (RJL) |

**ORDER**

(March 25, 2021) [Dkt. #83, #93]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED plaintiff's Motion for Attorney's Fees [Dkt. # 83] is GRANTED.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge